IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HIGHMARK, INC. | ) |
|     Plaintiff | ) ) ) |
| v. | ) ) Civil Action No. 4:03CV1384-Y |
| ALLCARE HEALTH MANAGEMENT SYSTEM, INC. | ) ) ) ) |
|     Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM AND BRIEF IN SUPPORT THEREOF**

Defendant-Counterclaimant Allcare Health Management System, Inc. ("Allcare") files this its unopposed motion for leave to file its amended answer and counterclaim and brief in support thereof, and would respectfully show the Court as follows:

1. On April 3, 2003, plaintiff Highmark, Inc. ("Highmark") commenced this action against Allcare in the United States District Court for the Western District of Pennsylvania. The action was thereafter transferred to this Court. On December 16, 2003, Allcare filed its answer and counterclaim. Highmark thereafter filed its motion for judgment on the pleadings as to defendant's fifth affirmative defense and related claims and averments (Highmark's Motion").

2. Allcare desires to amend its answer and counterclaim to withdraw its Fifth Affirmative Defense and claims and averments related to *res judicata* and collateral estoppel. Rule 15(a) of the Federal Rules of Civil Procedure provides that leave should be freely given when justice so requires. Therefore, Allcare seeks leave of this Court to amend its answer and counterclaim. Highmark does not oppose this motion. Per the parties' stipulation and agreement, upon the filing of Allcare's amended answer and counterclaim, Highmark's Motion will be moot.

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER     PAGE 1
AND COUNTERCLAIM AND BRIEF IN SUPPORT THEREOF
NO. 4:03CV1384-Y     ORIGINAL     168280.1

3. A copy of Allcare's amended answer and counterclaim is attached hereto as Exhibit "A."

For the reasons stated above, Allcare requests that this Court grant its motion for leave to file its amended answer and counterclaim, and grant such other and further relief to which Allcare may show itself justly entitled.

Respectfully submitted,

/s/ V. Bryan Medlock, Jr.
V. Bryan Medlock, Jr.
Texas Bar No. 13897400

SIDLEY AUSTIN BROWN & WOOD LLP
717 North Harwood, Suite 3400
Dallas, Texas 75201.
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Joseph F. Cleveland, Jr.
Texas State Bar No. 04378900

BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: 817/338-1700
Metro: 817/429-9181
Facsimile: 817/870-2265

ATTORNEYS FOR DEFENDANT
ALLCARE HEALTH MANAGEMENT SYSTEM, INC.

## CERTIFICATE OF CONFERENCE

Pursuant to the joint status report filed January 20, 2004, the parties stipulated and agreed that Highmark would not oppose Allcare's motion for leave to file an amended answer and counterclaim to withdraw its Fifth Affirmative Defense and claims and averments related to *res judicata* and collateral estoppel. The parties further stipulated and agreed that upon the filing of Allcare's amended answer and counterclaim, the parties will submit to the Court an agreed order denying Highmark's Motion for Judgment on the Pleadings as to Defendant's Fifth Affirmative Defense and Related Claims and Averments as moot.

_____
Joseph F. Cleveland, Jr.


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing motion was forwarded to plaintiff's counsel on the 26th day of January, 2004 addressed as follows:

Cynthia E. Kernick                           **Via First Class Mail**
Reed Smith
435 6th Avenue
Pittsburgh, Pennsylvania 15219-1886.

Craig B. Florence                            **Via First Class Mail**
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761

_____
Joseph F. Cleveland, Jr.