IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HIGHMARK, INC. | § | |
| | § | |
| VS. | § | CIVIL NO. 4:03-CV-1384-Y |
| | § | |
| ALLCARE HEALTH MANAGEMENT | § | |
| SYSTEMS, INC. | § | |

## FINAL JUDGMENT

Before the Court is the Plaintiff's unopposed motion [doc. #505] to withdraw without prejudice counts II and III of its First Amended Complaint. Having reviewed the motion, and in accordance with Federal Rule of Civil Procedure 58, the Court orders these claims, the only claims that remain pending in the above-styled and -numbered cause, DISMISSED WITHOUT PREJUDICE. All costs under 28 U.S.C. § 1920 are taxed against the party incurring them.

SIGNED October 14, 2008.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE