**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| HIGHMARK, INC. | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 4:03CV1384-Y |
| | ) |
| ALLCARE HEALTH | ) |
| MANAGEMENT SYSTEM INC. | ) |
| | ) |
| Defendant. | ) |

**STEVEN G. HILL'S AND HILL, KERTSCHER & WHARTON, LLP'S
APPENDIX IN SUPPORT OF THE COURT'S MAY 6, 2010 ORDER**

Exhibits to Ex Parte Declaration of Steven G. Hill (filed separately):

| Tab | Description | Numbers |
|---|---|---|
| A | Highmark Pre-filing Documentation Reviewed by Counsel | Hill App. 1-301 |
| B | Hill Letter dated July 23, 2002 | Hill App. 302-305 |
| C | Hill Letter dated August 14, 2002 with attachments | Hill App. 306-325 |
| D | *Submitted Ex Parte* | Hill App. 326-335 |
| E | *Submitted Ex Parte* | Hill App. 336-346 |
| F | Hill Letter dated Nov. 15, 2006 | Hill App. 347-378 |
| G | Ex Parte Declaration of Steven G. Hill (public version) | Hill App. 379-403 |

Respectfully submitted,

*Steven G. Hill*
Steven G. Hill
Admitted pro hac vice
Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339
Telephone: 770-953-0995
Fax:    770-953-1358

**Attorneys for interested parties Hill,
Kertscher & Wharton, LLP and
Steven G. Hill**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the redacted copy of the **EX PARTE DECLARATION OF STEVEN G. HILL IN RESPONSE TO THE COURT'S MAY 6, 2010 ORDER** and the redacted **APPENDIX IN SUPPORT OF STEVEN G. HILL IN RESPONSE TO THE COURT'S MAY 6, 2010 ORDER** was served on Allcare on May 6, 2010 as follows:

**Via E-mail and First Class Mail**
Mr. Halden Conner, President
Allcare Health Management System, Inc.
777 Main Street, Suite 3100
Fort Worth, TX 76102

and by electronically filing the foregoing document with the Clerk of Court for the U. S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, including:

Cynthia E. Kernick
Kevin Katona
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Craig B. Florence
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761

Timothy S. Durst
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 765201

Donald R. Dunner
Finnegan Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001

Jonathan T. Suder
FRIEDMAN, SUDER & COOKE, P.C.
604 East 4th Street, Suite 200

Fort Worth, TX 76y102-4074


Jeffrey A. Carter
Texas State Bar No. 03919400
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

/s/Steven G. Hill
Steven G. Hill