# HEALTH INFORMATION SYSTEM SURVEY

## SEAPORT SURVEYS, INC. FOR
## ALLCARE HEALTH MANAGEMENT SYSTEM, INC.

### HEALTH INFORMATION SYSTEM SURVEY

Organization: _HIGHMARK BC/BS_          Date: _2/07/02_

Person Surveyed: _AUGUSTA KAIRIS_       Title: _VP PROVIDER RELATIONS_
                                               _Pittsburgh, PA_

Phone Number: _412 544 7424_

**INTRODUCTION:** Hello. My name is _RoBERT_ . I am a consultant working on a project in which we are attempting to identify organizations that are the leaders in the electronic processing of authorizations and referral requests. I have several questions regarding _____(Company Name)_____'s capabilities to connect to providers and process authorizations and referrals electronically. Are you the right person to talk to? (If not, who is?) _____ What is their phone number? _____

ADDITIONAL CALLS TO THIS ORGANIZATION (if required to identify appropriate person)

Date: _____

Person Surveyed: _____      Title: _____

Phone Number: _____


Date: _____

Person Surveyed: _____      Title: _____

Phone Number: _____


Date: _____

Person Surveyed: _____      Title: _____

Phone Number: _____


**CONTINUE WHEN RESPONDENT IS ON THE LINE...**

**AHM-HIGH 0202**

*Survey Form 3 (1/2002)*

HILL APP--013

1.   What lines of business is your group responsible for?

| Mark All That Apply | |
|---|---|
| | HMO |
| | PPO |
| ✓ | Both HMO and PPO |
| | Indemnity |
| | Other |
| | Don't know / Refused |

First, I'd like to ask you several questions concerning requests for pre-authorization...

2.   a.   Does _____(Company Name)_____ require providers or patients to request pre-authorization from your company before conducting certain procedures?

| Mark One | | |
|---|---|---|
| ✓ | Yes | |
| | No | *Skip to 6.* |
| | Don't know / Refused | |

b.   **[If 2.a. is Yes]** What percentage of total procedures would you estimate typically require pre-authorization?

| Mark One | |
|---|---|
| | Less than 10% |
| | 10% - 19.99% |
| | 20% - 29.99% |
| | 30% - 39.99% |
| ✓ | 40% - 49.99% |
| | 50% - 59.99% |
| | 60% - 69.99% |
| | 70% - 79.99% |
| | 80% - 89.99% |
| | 90% - 99.99% |
| | All procedures |
| | Don't know / Refused |

3.   a.   Are Providers currently able to send requests for pre-authorization to you electronically?

| Mark One | | |
|---|---|---|
| ✓ | Yes | |
| | No | *Skip to 3.d.* |
| | Don't know / Refused | |

**HILL APP--014**

**AHM-HIGH 0203**

Case 4:03-cv-01384-Y   Document 614-3   Filed 05/26/10   Page 3 of 17   PageID 15474

3

b.  **[If 3.a. is Yes]** What percentage of total pre-authorization requests would you estimate are currently being sent electronically?

| Mark One | |
|---|---|
| | Less than 10% |
| | 10% - 19.99% |
| | 20% - 29.99% |
| | 30% - 39.99% |
| | 40% - 49.99% |
| | 50% - 59.99% |
| ✓ | 60% - 69.99% |
| | 70% - 79.99% |
| | 80% - 89.99% |
| | 90% - 99.99% |
| | All pre-authorizations |
| | Don't know / Refused |

c.  When did _____(Company Name)_____ first institute this electronic processing option?

| Mark One | |
|---|---|
| | Over 10 years ago (1991 or before) |
| | 10 years ago (During 1992) |
| | 9 years ago (During 1993) |
| | 8 years ago (During 1994) |
| ✓ | 7 years ago (During 1995) |
| | 6 years ago (During 1996) |
| | 5 years ago (During 1997) |
| | 4 years ago (During 1998) |
| | 3 years ago (During 1999) |
| | 2 years ago (During 2000) |
| | Last year (During 2001) |
| | Earlier this year (During 2002) |
| | Don't know / Refused |

→ **Skip to 4.**

d.  **[If 3.a. is No]** How does _____(Company Name)_____ presently handle pre-authorization requests?

| Mark All That Apply | |
|---|---|
| | Mail |
| | Telephone |
| | Fax |
| | Other |
| | Don't know / Refused |

e.  To the best of your knowledge, does _____(Company Name)_____ have any plans to institute an electronic processing option in the future?

| Mark One | |
|---|---|
| | Yes |
| | No |
| | Don't know / Refused |

**Skip to 6.**

f.  **[If 3.e. is Yes]** When do you anticipate ____(Company Name)____ will begin to make this electronic processing option available?

| Mark One | |
|---|---|
| | Prior to the end of this year (2002) |
| | Next year (During 2003) |
| | Within 2 years (By 2004) |
| | Within 3 years (By 2005) |
| | Within 4 years (By 2006) |
| | At least 5 years (2007 or later) |
| | Don't know / Refused |

●————————————————————————————————▶ *Skip to 6.*

4.    a. Is an acknowledgment returned to the authorizing Provider or Specialist?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No ————————————————————▶ *Skip to 6.* |
| | Don't know / Refused |

b.  **[If 4.a. is Yes]** Are such acknowledgements sent via ... (INSERT – READ AND ROTATE)

| Mark All That Apply | |
|---|---|
| ✓ | Standard Mail |
| | Email |
| ✓ | Fax |
| ✓ | Electronic data transmission |
| | Other |
| | Don't know / Refused |

c.  How quickly are such acknowledgements currently able to be returned using your system?  If there is a range of response times, what would you estimate is the fastest time before a response is returned by your system, and what would you estimate is your system's slowest response time?

Mark One for each...

| *Fastest* Mark One | *Slowest* Mark One | |
|---|---|---|
| | | A minute or less (0 - 60 seconds) |
| ✓ | | Within 5 minutes (1.01 - 5 minutes) |
| | | Within 10 minutes (5.01 - 10 minutes) |
| | | Within __ hour (10.01 - 30 minutes) |
| | | Within 1 hour (30.01 - 60 minutes) |
| | | Within 2 hours (1.01 - 2 hours) |
| | | Within 3 hours (2.01 - 3 hours) |
| | | Within 5 hours (3.01 - 5 hours) |
| | | Within 8 hours (5.01 - 8 hours) |
| | | Within 1 day (8.01 - 24 hours) |
| | ✓ | Within 2 days (1.01 - 2 days) |
| | | Within 3 days (2.01 - 3 days) |
| | | More than 3 days (3.01 days or more) |
| | | Don't know / Refused |

d.  By this time next year, how quickly do you anticipate that ___(Company Name)___'s system will be able to return such acknowledgements?  If you still anticipate that there will be a range of response times, what would you estimate your system's fastest and slowest response times will be this time next year?

Mark One for each...

| Fastest<br>Mark One | Slowest<br>Mark One | |
|---|---|---|
| ✓ | | A minute or less (0 - 60 seconds) |
| | | Within 5 minutes (1.01 - 5 minutes) |
| | | Within 10 minutes (5.01 - 10 minutes) |
| | | Within _ hour (10.01 - 30 minutes) |
| | | Within 1 hour (30.01 - 60 minutes) |
| | | Within 2 hours (1.01 - 2 hours) |
| | | Within 3 hours (2.01 - 3 hours) |
| | | Within 5 hours (3.01 - 5 hours) |
| | ✓ | Within 8 hours (5.01 - 8 hours) |
| | | Within 1 day (8.01 - 24 hours) |
| | | Within 2 days (1.01 - 2 days) |
| | | Within 3 days (2.01 - 3 days) |
| | | More than 3 days (3.01 days or more) |
| | | Don't know / Refused |

e.  I'd like to read you a list of factors that some information systems take into account in making a decision to approve or deny authorization.  Which of these factors, if any, does ___(Company Name)___'s system take into account in making such a decision? (READ FACTORS)

| Mark All<br>That Apply | |
|---|---|
| ✓ | Whether or not the patient is enrolled |
| ✓ | Whether or not the patient is eligible |
| | Items contained in the patient's medical history |
| ✓ | The diagnosis, diagnosis code or some other indication of patient symptoms entered by the provider |
| | Results from diagnostic tests |
| | Results from radiology |
| | Are there any other factors you can think of that your system uses and that I haven't already listed?                    *List below.* |
| | Don't know / Refused |

Other factors that are used in the ___(Company Name)___ system in deciding to approve or deny authorization(from above, if any):

f. Next, I am going to read you a list of attributes that some information systems may provide as part of the user interface, or alternatively offer as an option, to assist Providers in entering the correct diagnosis or proposed treatment.

Which of these attributes, if any, does _____ (Company Name) _____ 's system currently offer?
(READ FEATURES)

| Mark All That Apply | |
|---|---|
| ✓ | The system can assist the user to locate and enter the proper diagnosis or diagnosis code |
| ✓ | The system can assist the user to locate and enter the proper treatment or treatment code |
| ✓ | The system can display the most likely treatments or treatment codes corresponding to the diagnosis (or diagnosis code) selected by the user |
| ✓ | Once a proposed treatment is entered, the system can suggest various details such as length of stay, number of follow-up visits, etc. to help the user complete the tentative treatment proposal |
| ✓ | The system can provide alerts and/or contra-indications based on the patient's medical history or prior treatment history |
| | Are there any other attributes you can think of that your system offers to assist providers in entering the correct diagnosis or proposed treatment, but that we haven't already discussed?                                          **List below.** |
| | None (No assistance is currently provided by the system either in entering a diagnosis into the system or in selecting an appropriate proposed treatment)                                          **Continue with 4.g.** |
| | Don't know / Refused |

●━━━━━━━━━━━━━━━━━━━━━➤ **Skip to 4h.**

Other attributes currently offered in the _____ (Company Name) _____ system to help assist providers in entering the correct diagnosis or proposed treatment (from above, if any):

|  |
|---|
|  |

g. **[Include only if 4.f. is None]** To the best of your knowledge, how likely is it that _____ (Company Name) _____ will incorporate any of these sorts of attributes into its system within the next 3 years?

| Mark One | |
|---|---|
| | Highly likely |
| | Somewhat likely |
| | Somewhat unlikely |
| | Highly unlikely |
| | Don't know / Refused |

h. Do acknowledgements that are returned by the _____ (Company Name) _____ system contain:

...Approval/denial information?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused |

…What about authorization codes?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused |

i.  Is such authorization ever withheld pending:

…Utilization review?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused / Not Asked |

…Second opinion?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused / Not Asked |

j.  In the aggregate, approximately what percentage of the time would you estimate that such utilization review or second opinion results in a change in the Provider's treatment proposal?

| Mark One | |
|---|---|
| | Never (0%) |
| | Less than 1% of the time |
| ✓ | 1% to 2% of the time |
| | 3% to 4% of the time |
| | 5% to 6% of the time |
| | 7% to 10% of the time |
| | 11% to 15% of the time |
| | 16% to 20% of the time |
| | 21% to 30% of the time |
| | 41% to 40% of the time |
| | 51% to 60% of the time |
| | 61% to 70% of the time |
| | More than 70% of the time |
| | Don't know / Refused |

5.  a.  Are either the authorized Provider or the Specialist able to query the status of a pre-authorization request electronically through a computer terminal using your system?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused |

b. What about through an automated voice response unit?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused |

Next, I'd like to talk with you for a few minutes about referrals...

6.    a. Does _____(Company Name)_____ require specialists to receive an authorization from a primary care provider or gatekeeper before providing certain types of services?

| Mark One | | |
|---|---|---|
| ✓ | Yes | |
| | No ⟶ | *If 2.a. was No, Skip to 12. However,* |
| | Don't know / Refused | *If both 2.a. and 3.a. were Yes, Skip to 10.* |

b. **[If 6.a. is Yes]** What percentage of total referrals would you estimate typically require such permission?

| Mark One | |
|---|---|
| | Less than 10% |
| | 10% – 19.99% |
| | 20% – 29.99% |
| ✓ | 30% – 39.99% |
| | 40% – 49.99% |
| | 50% – 59.99% |
| | 60% – 69.99% |
| | 70% – 79.99% |
| | 80% – 89.99% |
| | 90% – 99.99% |
| | All referrals |
| | Don't know / Refused |

7.    a. Are Providers currently able to send referral requests to you electronically?

| Mark One | | |
|---|---|---|
| ✓ | Yes | |
| | No ⟶ | *Skip to 7.d.* |
| | Don't know / Refused | |

HILL APP--020

AHM-HIGH 0209

b.  **[If 7.a. Is Yes]** What percentage of total referral requests would you estimate are currently being sent electronically?

| Mark One | |
|---|---|
| | Less than 10% |
| | 10% - 19.99% |
| | 20% - 29.99% |
| | 30% - 39.99% |
| | 40% - 49.99% |
| | 50% - 59.99% |
| ✓ | 60% - 69.99% |
| | 70% - 79.99% |
| | 80% - 89.99% |
| | 90% - 99.99% |
| | All referral requests |
| | Don't know / Refused |

c.  When did _____(Company Name)_____ first institute this electronic processing option?

| Mark One | |
|---|---|
| | Over 10 years ago (1991 or before) |
| | 10 years ago (During 1992) |
| | 9 years ago (During 1993) |
| | 8 years ago (During 1994) |
| | 7 years ago (During 1995) |
| | 6 years ago (During 1996) |
| | 5 years ago (During 1997) |
| | 4 years ago (During 1998) |
| | 3 years ago (During 1999) |
| | 2 years ago (During 2000) |
| ✓ | Last year (During 2001) |
| | Earlier this year (During 2002) |
| | Don't know / Refused |

●━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━➤ **Skip to 8.**

d.  **[If 7.a. is No]** How are referral requests communicated to _____(Company Name)_____ at the current time?

| Mark All That Apply | |
|---|---|
| | Mail |
| | Telephone |
| | Fax |
| | Other |
| | Don't know / Refused |

e.  To the best of your knowledge, does _____(Company Name)_____ have any plans to institute an electronic processing option in the future?

| Mark One | | |
|---|---|---|
| | Yes | |
| | No ➤ | *If 2.a. was No, Skip to 12.  However,* |
| | Don't know / Refused | *If both 2.a. and 3.a. were Yes, Skip to 10.* |

**AHM-HIGH 0210**

HILL APP--021

f.  **[If 7.e. is Yes]** When do you anticipate _____(Company Name)_____ will begin to make this electronic processing option available?



| Mark One | |
|---|---|
| | Prior to the end of this year (2002) |
| | Next year (During 2003) |
| | Within 2 years (By 2004) |
| | Within 3 years (By 2005) |
| | Within 4 years (By 2006) |
| | At least 5 years (2007 or later) |
| | Don't know / Refused |

**Skip to 10.**

8.   a.  Is a written acknowledgment returned to the Provider or Specialist who made the referral request?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No → **Skip to 10.** |
| | Don't know / Refused |

b.  **[If 8.a. is Yes]** Are such acknowledgements sent via ... (INSERT – READ AND ROTATE)

| Mark All That Apply | |
|---|---|
| ✓ | Standard Mail |
| ✓ | Email |
| ✓ | Fax |
| ✓ | Electronic data transmission |
| | Other |
| | Don't know / Refused |

c.  How quickly are such acknowledgements currently able to be returned using your system? If there is a range of response times, what would you estimate is the fastest time before a response is returned by your system, and what would you estimate is your system's slowest response time?

Mark One for each...

| Fastest Mark One | Slowest Mark One | |
|---|---|---|
| | | A minute or less (0 - 60 seconds) |
| ✓ | | Within 5 minutes (1.01 - 5 minutes) |
| | | Within 10 minutes (5.01 - 10 minutes) |
| | | Within _ hour (10.01 - 30 minutes) |
| | | Within 1 hour (30.01 - 60 minutes) |
| | | Within 2 hours (1.01 - 2 hours) |
| | | Within 3 hours (2.01 - 3 hours) |
| | | Within 5 hours (3.01 - 5 hours) |
| | ✓ | Within 8 hours (5.01 - 8 hours) |
| | | Within 1 day (8.01 - 24 hours) |
| | | Within 2 days (1.01 - 2 days) |
| | | Within 3 days (2.01 - 3 days) |
| | | More than 3 days (3.01 days or more) |
| | | Don't know / Refused |

d.  By this time next year, how quickly do you anticipate that ____(Company Name)____'s system will be able to return such acknowledgements? If you still anticipate that there will be a range of response times, what would you estimate your system's fastest and slowest response times will be this time next year?

Mark One for each...

| Fastest<br>Mark One | Slowest<br>Mark One | |
|---|---|---|
| | | A minute or less (0 - 60 seconds) |
| ✓ | | Within 5 minutes (1.01 - 5 minutes) |
| | | Within 10 minutes (5.01 - 10 minutes) |
| | | Within _ hour (10.01 - 30 minutes) |
| | | Within 1 hour (30.01 - 60 minutes) |
| | | Within 2 hours (1.01 - 2 hours) |
| | | Within 3 hours (2.01 - 3 hours) |
| | | Within 5 hours (3.01 - 5 hours) |
| | ✓ | Within 8 hours (5.01 - 8 hours) |
| | | Within 1 day (8.01 - 24 hours) |
| | | Within 2 days (1.01 - 2 days) |
| | | Within 3 days (2.01 - 3 days) |
| | | More than 3 days (3.01 days or more) |
| | | Don't know / Refused |

e.  I'd like to read you a list of factors that some information systems take into account in making a decision to approve or deny referral requests.  Which of these factors, if any, does ____(Company Name)____'s system take into account in making such a decision? (READ FACTORS)

| Mark All<br>That Apply | |
|---|---|
| ✓ | Whether or not the patient is enrolled |
| ✓ | Whether or not the patient is eligible |
| | Items contained in the patient's medical history |
| ✓ | The diagnosis, diagnosis code or some other indication of patient symptoms entered by the provider |
| | Results from diagnostic tests |
| | Results from radiology |
| | ~~Are there any other factors you can think of~~ that your system uses and that I haven't already listed?                                                  *List below.* |
| | Don't know / Refused |

Other factors that are used in the ____(Company Name)____ system in deciding to approve or deny referral requests (from above, if any):

f.  Next, I am going to read you a list of attributes that some information systems may provide as part of the user interface, or alternatively offer as an option, to assist Providers in making referral requests.

Which of these attributes, if any, does _____(Company Name)_____ 's system currently offer?
(READ FEATURES)

| Mark All That Apply | |
|---|---|
| ✓ | The system can assist the user to locate and enter the proper diagnosis or diagnosis code |
| ✓ | The system can assist the user to locate and enter the name of a specialist and/or proper treatment or treatment code |
| ✓ | The system can display the most likely treatments or treatment codes corresponding to the diagnosis (or diagnosis code) selected by the user |
| ✓ | Once a proposed referral is entered, the system can suggest various details such as facility location, number of follow-up visits, etc to help the user complete the referral request |
| ✓ | The system can provide alerts and/or contra-indications based on the patient's medical or prior treatment history |
| | Are there any other attributes you can think of that your system offers to assist providers in entering the correct diagnosis, proposed treatment or details of the proposed referral, but that we haven't already discussed?   *List below.* |
| | None (No assistance is currently provided by the system either in entering a diagnosis, proposed specialist or in selecting the appropriate proposed treatment)   **Continue with 8.g.** |
| | Don't know / Refused |

➤ *Skip to 8h.*

Other attributes currently offered in the _____(Company Name)_____ system to help assist providers in entering the correct diagnosis, proposed treatment or referral details (from above, if any):

|  |
|---|
|  |

g.  **[Include only if 8.f. is None]** To the best of your knowledge, how likely is it that _____(Company Name)_____ will incorporate any of these sorts of attributess into its system within the next 3 years?

| Mark One | |
|---|---|
| | Highly likely |
| | Somewhat likely |
| | Somewhat unlikely |
| | Highly unlikely |
| | Don't know / Refused |

h.  Do acknowledgements that are returned by the _____(Company Name)_____ system contain:

...Approval/denial information?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused |

…What about authorization codes?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused |

i.  Is such acknowledgement ever withheld pending:

…Utilization review?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused / Not Asked |

…Second opinion?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused / Not Asked |

j.  In the aggregate, approximately what percentage of the time would you estimate that such utilization review or second opinion results in a change in the proposed referral?

| Mark One | |
|---|---|
| | Never (0%) |
| | Less than 1% of the time |
| ✓ | 1% to 2% of the time |
| | 3% to 4% of the time |
| | 5% to 6% of the time |
| | 7% to 10% of the time |
| | 11% to 15% of the time |
| | 16% to 20% of the time |
| | 21% to 30% of the time |
| | 41% to 40% of the time |
| | 51% to 60% of the time |
| | 61% to 70% of the time |
| | More than 70% of the time |
| | Don't know / Refused |

9.    a.  Are either the authorized Provider or the Specialist able to query the status of a referral request electronically through a computer terminal using your system?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused |

b. What about through an automated voice response unit?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused |

I appreciate your time, and only have a couple of additional questions, and then we're finished...

10.  a. Did \_\_\_\_\_(Company Name)\_\_\_\_ develop any of the software used for electronic processing of referrals and/or pre-authorizations that we just discussed?

| Mark One | | |
|---|---|---|
| | Yes | |
| ✓ | No | *Skip to 10c.* |
| | Don't know / Refused | |

b. [If 10.a. is Yes] What percentage of the total system would you estimate was developed internally?

| Mark One | | |
|---|---|---|
| | Less than 10% | |
| | 10% - 19.99% | |
| | 20% - 29.99% | |
| | 30% - 39.99% | |
| | 40% - 49.99% | |
| | 50% - 59.99% | |
| | 60% - 69.99% | |
| | 70% - 79.99% | |
| | 80% - 89.99% | |
| | 90% - 99.99% | |
| | 100% | *Skip to 11.* |
| | Don't know / Refused | |

c. [If 10.b. is less than 100%] Which vendor or vendors are you aware provided components of your system that \_\_(Company Name)\_\_ did not develop internally? (INDICATE AS MANY AS APPLY / NAMES SHOWN BELOW ARE EXAMPLES ONLY)

| Mark All That Apply | Estimated % by Each | |
|---|---|---|
| | | Amisys |
| | | Healtheon (or WebMD, Envoy, Medical Manager or Care Insite) |
| | | Medic |
| | | Perot Systems |
| | | Trizetto (or Erisco) |
| ✓ | 100 | Other vendor(s) not listed above   *List below.* |
| | | Don't know / Refused |

Other vendors who provided components of the system (from above, if any):

NAVI - MADIX

**AHM-HIGH 0215**

HILL APP--026

11.    a.  Do you have any upgrade plans for your system over the next... (INSERT – READ AND ROTATE)

| Mark One | |
|---|---|
| ✓ | 0 - 6 Months |
| | 6 - 12 Months |
| | 12 - 24 Months |
| | 24 - 36 Months |
| | No upgrade plans within the next 36 months |
| | Don't know / Refused |

    b.  What are the primary components of your system that you will be upgrading? (INDICATE AS MANY AS APPLY / AREAS LISTED BELOW ARE EXAMPLES ONLY)

| Mark All That Apply | | |
|---|---|---|
| ✓ | HIPAA compliance | |
| | Pre-authorization system | |
| | Referral system | |
| | Web initiatives | |
| | Other upgrade not listed above  ⟶ | *List below.* |
| | Don't know / Refused | |

Other components of the system planned to be upgraded (from above, if any):

| |
|---|
| |

12.    Do you use regional or national clearinghouses to process:

    a.  ...Referrals?

| Mark One | |
|---|---|
| | Yes |
| ✓ | No |
| | Don't know / Refused |

    b.  ...Prior Authorizations?

| Mark One | |
|---|---|
| | Yes |
| ✓ | No |
| | Don't know / Refused |

    c.  ...Claims?

| Mark One | | |
|---|---|---|
| ✓ | Yes | |
| | No  ⟶ | *Skip to 13.* |
| | Don't know / Refused | |

d. **[If <u>any of</u> 12.a., 12.b. and/or 12.c. is Yes]** What clearinghouse (or houses) are you using? (INDICATE AS MANY AS APPLY / NAMES SHOWN BELOW ARE EXAMPLES ONLY)

| Mark All That Apply | Estimated % by Each | |
|---|---|---|
| | | AMD |
| | | DK |
| ✓ | 100% | Envoy |
| | | Medic |
| | | NDC |
| | | Needham |
| | | Multiple (unspecified) firms |
| | | ~~Other firm(s) not listed above~~        *List below.* |
| | | Don't know / Refused |

Other clearinghouses (from above, if any):

| |
|---|
| |

13.  a.  In processing claims where a referral or pre-authorization was required, is payment prevented by your system if such referral and/or pre-authorization has not been made?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused |

b. Based upon the diagnosis or proposed treatment, in certain cases, does the _____(Company Name)_____ system automatically approve related ancillary services such as laboratory tests, diagnostic radiology or therapeutic drugs?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No |
| | Don't know / Refused |

c. Based upon the diagnosis, treatment or medical history, in certain cases, does your system identify likely participants for disease management programs and/or recommend possible preventative health or wellness routines for any chronic medical conditions?

| Mark One | |
|---|---|
| ✓ | Yes |
| | No                                    *Skip to 14.* |
| | Don't know / Refused |

HILL APP--028        **AHM-HIGH 0217**

d.   **[If 13.c. is Yes]** For which of the following medical conditions does your system provide this information to the User? (INSERT -- READ AND ROTATE / INDICATE AS MANY AS APPLY)

| Mark All That Apply | |
|---|---|
| ✓ | Asthma |
| ✓ | Depression |
| ✓ | Diabetes |
| ✓ | Elevated cholesterol or excessive weight |
| ✓ | Gastrointestinal reflux disease (GERD) |
| ✓ | High blood pressure or heart disease |
| ✓ | Hypertension |
| | Other condition(s) not listed above ⟶ *List below.* |
| | Don't know / Refused |

Other conditions (from above, if any):

|  |
|---|
|  |

14.   a.   Do you have any printed, publicly available materials that describe your electronic pre-authorization or referral system capabilities (and/or plans), or is it described on a Web site?

| Mark One | |
|---|---|
| | Yes |
| ✓ | No ⟶ *Skip to 14.c.* |
| | Don't know / Refused |

b.   **[If 14.a. is Yes]** Can you send us any printed information about it? Or do you happen to know the Web site address where the information is located?

List the information they will be sending (if any):

|  |
|---|
|  |

Or indicate the relevant Web site address (if any):

http://www.  NAVI MADIX . COM

c.   **[If 14.a. is No]** What is the general Web site address for _____ (Company Name) _____ ?

http://www.  HIGHMARK BCBS . COM

That completes all of my questions.  Thank you for your time...

**AHM-HIGH 0218**

**HILL APP--029**