IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HIGHMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:03cv-1384-Y |
| | § | |
| ALLCARE HEALTH | § | |
| MANAGEMENT SYSTEM, INC., | § | |
| | § | |
| Defendant. | § | |

## ALLCARE'S NOTICE OF APPEAL

Notice is hereby given that Allcare Health Management System, Inc., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment denominated as "Order Awarding Attorneys' Fees" entered in this action on November 5, 2010 (No. 639).

Dated: February 10, 2011

                                            Respectfully submitted,

                                            By: /s/ Dan S. Boyd
                                                   Dan S. Boyd

                                            The Boyd Law Firm, P.C.
                                            400 Providence Towers East
                                            5001 Spring Valley Road
                                            Dallas, TX  75244
                                            Telephone:  972.383.1260
                                            Facsimile:  214.292.8491
                                            COUNSEL FOR ALLCARE HEALTH
                                            MANAGEMENT SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

      This is to certify that on February 10, 2011, I electronically filed the foregoing with the Clerk for the U.S. District Court, Northern District of Texas using the electronic case filing system. That system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, including:

| | |
|---|---|
| Cynthia E. Kernick<br>Robert D. Kucler<br>Kevin S. Katona<br>Reed Smith LLP<br>435 Sixth Ave<br>Pittsburgh, PA 15219 | Craig B. Florence<br>Robert Slovak<br>Gardere Wynne Sewell LLP<br>3000 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 |
| Steven G. Hill<br>Hill, Kertscher & Wharton, L.L.P.<br>3350 Riverwood Parkway, Suite 800<br>Atlanta, GA 30339 | Joseph F. Cleveland, Jr.<br>Brackett & Ellis<br>100 Main Street<br>Fort Worth, TX 76102 |
| Jonathan T. Suder<br>Friedman, Suder & Cooke, P.C.<br>604 East 4th Street, Suite 200<br>Fort Worth, TX 76102 | Timothy S. Durst<br>Rod Phelan<br>Jessica B. Pulliam<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 600<br>Dallas, TX 75201 |
| Donald R Dunner<br>Finnegan Henderson Farabow Garrett & Dunner LLP<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>202/408-4062<br>202/408-4400 FAX (fax)<br>don.dunner@finnegan.com | |

                                                 /s/ Dan S. Boyd
                                                 DAN S. BOYD