# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

RECEIVED
JUN 1 1 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 3, 2014

United States District Court
Northern District of Texas (Fort Worth Division)
501 West 10th Street
Room 310
Fort Worth, TX 76102

    Re:  Highmark Inc.
           v. Allcare Health Management System, Inc.
           No. 12-1163
           (Your No. 4:03CV1384-Y)

Dear Clerk:

In light of the disposal of the above-entitled case by this Court, I am returning the original record and any exhibits to you – **7 Boxes**.

Kindly acknowledge receipt of this record on the enclosed copy of this letter.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    By

                    Kevin C. Brown
                    Assistant Clerk
                    202-479-3013